**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 93 WAL 2024

                      Respondent   :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

                v.   :

WILLIAM DARWIN THOMPSON,   :

                      Petitioner   :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 16th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.